**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| | ) |
| IN RE:  YASMIN AND YAZ | )  **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) |
| PRACTICES AND PRODUCTS LIABILITY | )  **MDL No. 2100** |
| LITIGATION | ) |

**This Document Relates To:**

| | |
|---|---|
| *Laura Butt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12982-DRH |
| *Amy Elias v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10157-DRH |
| *Summer Ferguson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13061-DRH |
| *Jimilyn Johnson Curtis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11350-DRH |
| *LaRae Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13650-DRH |
| *Gayle Noland v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10260-DRH |
| *Taylor Walker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11717-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY:   */s/Sara Jennings*
      **Deputy Clerk**

**Dated:**  March 20, 2014

Digitally signed
by David R.
Herndon
Date: 2014.03.20
05:20:13 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**